# Certification Regarding Payment Advices or Other Evidence of Earnings

☐ All payment advices or summaries of earnings prepared by the employer) in the possession of the debtor(s) for entire 60 day period prior to the signing of the bankruptcy petition are being filed. If some payment advices are not available, the debtor(s) hereby represent(s) that the payment advices actually filed are representative of earnings for the entire 60 days period.

☐ The payment advices for the debtor(s) have been misplaced, inadvertently discarded, or never received from the employer <u>and</u> debtor(s) have made diligent efforts to obtain duplicates of the payment advices or a summary of earnings from the employer without success.

☐ The debtor(s) has/have no current earnings from employment and none within the past 60 days. Therefore, the debtor(s) are exempt from the requirement to file payment advices.

☐ The debtor(s) is/are self-employed and affirm(s) that the total earnings during the past sixty days are _____ for the debtor and _____ for the joint debtor.

☐ There are no payment advices available to document the self-employment earnings.

☒ (Other)

_Debtor began employment 1/9/16. No pay stubs prior_

DATED: 2/19/16

The foregoing is certified under penalty of perjury.

_Andrea Chotkowski_
Debtor

ARVIND K. WADHWA, M.D.  
273 DIVISON STREET  
NORTH TONAWANDA, NY 14120-0000  
716-693-3344  

1/28/2016

NON-NEGOTIABLE

PAY TO THE ORDER OF: ANDREA CHOTKOWSKI  
6282 OLD BEATTIE ROAD  
LOCKPORT, NY 14094-0000  

NET $601.12

SIX HUNDRED ONE & 12/100************* DOLLARS

| CHECK DATE | 1/28/2016 | PERIOD START | 1/9/2016 | PERIOD END | 1/22/2016 | NET PAY | $601.12 |
|---|---|---|---|---|---|---|---|
| SSN ***-**-2712 | | FED ALLOWANCES | 0 | NY ALLOWANCES | 0 | | |

### EARNINGS

| Type | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 45.00 | 17.00 | $765.00 | $765.00 |
| TOTALS | | | $765.00 | $765.00 |

### TAXES

| Type | Current | YTD |
|---|---|---|
| FED WTH | $83.93 | $83.93 |
| FICA | $47.43 | $47.43 |
| MEDFICA | $11.09 | $11.09 |
| STATE-NY | $20.23 | $20.23 |
| TOTALS | $162.68 | $162.68 |

### DEDUCTIONS

| Type | Current | YTD |
|---|---|---|
| NYDISAB | $1.20 | $1.20 |
| TOTALS | $1.20 | $1.20 |

### OTHER PAY INFORMATION FOR PAY PERIOD

| Type | Current | YTD |
|---|---|---|
| TOTALS | | |

### BENEFIT INFORMATION FOR PAY PERIOD

| Benefit Type | Used This Period | Earned This Period | Closing Balance | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| Vacation Time | .000 Hrs | .000 Hrs | .000 Hrs | .000 Hrs | .000 Hrs |
| Sick Time | .000 Hrs | .000 Hrs | .000 Hrs | .000 Hrs | .000 Hrs |
| Personal Time | .000 Hrs | .000 Hrs | .000 Hrs | .000 Hrs | .000 Hrs |

# DWC MECHANICAL INC
N01

| DEPT. | EMP. NO. | EMPLOYEE NAME | | | 100 JOHN GLENN DRIVE | | |
|---|---|---|---|---|---|---|---|
| 100 | 1016 | STEVEN J CHOTKOWSKI | M 00 M 00 | | AMHERST | NY 14228- | 891-0350 |
| | | | | | XXX-XX-8686 | 12/20/15 | 12/26/15 |
| | | | | | | PAY PERIOD | 10 |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 24:00 | | 1403385 | REG SALARY | 12824 | P-HLT | 592698 | P-HLT |
| 8:00 | | | HOLIDAY | 40000 | BANK1 | 1423124 | P-DNT |
| 8:00 | | | PTO | 10000 | BANK2 | 2080000 | BANK1 |
| | | | | 3500 | HSAEE | 5200000 | BANK2 |
| | | | | 1710 | AFLAD | 1820000 | HSAEE |
| | | | | | | 88920 | AFLAD |
| | | | | | | 28501 | -EXPRE |

| PTO BAL | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY 36.00 | 1403385 | 7692 | 1799 | 14354 | 6384 | 60 | 12/31/2015 | 420.62 |
| YTD | 73541.62 | 399107 | 93326 | 736207 | 327551 | 3120 | | |

## Pay Stub 1

**DWC MECHANICAL INC**
100 JOHN GLENN DRIVE
AMHERST  NY 14228-

| DEPT. | EMP. NO. | EMPLOYEE NAME | | | SOCIAL SECURITY # | PAY PERIOD | CK# |
|---|---|---|---|---|---|---|---|
| 100 | 1016 | STEVEN J CHOTKOWSKI | M 00 M 00 | | XXX-XX-8686 | 12/06/15 12/12/15 | 11 891-0350 |

| HOURS | RATE | EARNINGS | TYPE | | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|---|
| 40:00 | | 1403.85 | REG SALARY | | 128.24 | P-HLT | 5670.50 | P-HLT |
| | | | | | 30.68 | P-DNT | 1392.56 | P-DNT |
| | | | | | 400.00 | BANK1 | 20400.00 | BANK1 |
| | | | | | 100.00 | BANK2 | 5100.00 | BANK2 |
| | | | | | 35.00 | HSAEE | 1785.00 | HSAEE |
| | | | | | 17.10 | AFLAD | 872.10 | AFLAD |
| | | | | | 26.30 | -EXPRE | 285.01 | -EXPRE |

PTO BAL: 52.00

| THIS PAY | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| YTD | 1403.85 | 75.02 | 17.54 | 138.94 | 61.86 | .60 | 12/17/2015 | 425.17 |
| | 70192.50 | 3805.56 | 889.88 | 7079.59 | 3149.81 | 30.00 | | |

---

## Pay Stub 2

**DWC MECHANICAL INC**
100 JOHN GLENN DRIVE
AMHERST  NY 14228-

| DEPT. | EMP. NO. | EMPLOYEE NAME | | | SOCIAL SECURITY # | PAY PERIOD | CK# |
|---|---|---|---|---|---|---|---|
| 100 | 1016 | STEVEN J CHOTKOWSKI | M 00 M 00 | | XXX-XX-8686 | 12/13/15 12/19/15 | 11 891-0350 |

| HOURS | RATE | EARNINGS | TYPE | | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|---|
| 32:00 | | 1403.85 | REG SALARY | | 128.24 | P-HLT | 5798.74 | P-HLT |
| 8:00 | | | PTO | | 30.68 | P-DNT | 1423.24 | P-DNT |
| | | | | | 400.00 | BANK1 | 20400.00 | BANK1 |
| | | | | | 100.00 | BANK2 | 5100.00 | BANK2 |
| | | | | | 35.00 | HSAEE | 1785.00 | HSAEE |
| | | | | | 17.10 | AFLAD | 872.10 | AFLAD |
| | | | | | | | 285.01 | -EXPRE |

PTO BAL: 44.00

| THIS PAY | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| YTD | 1403.85 | 75.02 | 17.54 | 138.94 | 61.86 | .60 | 12/24/2015 | 398.87 |
| | 72137.77 | 3914.15 | 915.27 | 7218.53 | 3211.67 | 30.50 | | |

## Paystub 1

**DWC MECHANICAL INC**

| DEPT. | EMP. NO. | EMPLOYEE NAME | | |
|---|---|---|---|---|
| 100 | 1016 | STEVEN J CHOTKOWSKI | M 00 M 00 | |

100 JOHN GLENN DRIVE  AMHERST  NY 14228   891-0350

XXX-XX-8686  11/22/15  11/28/15   10

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 24:00 | | 1403:85 | REG SALARY | 128:24 | P-HLT | 5414:02 | P-HLT |
| 8:00 | | | HOLIDAY | 30:68 | P-DNT | 1331:20 | P-DNT |
| 8:00 | | | PTO | 400:00 | BANK1 | 19200:00 | BANK1 |
| | | | | 100:00 | BANK2 | 4800:00 | BANK2 |
| | | | | 35:00 | HSAEE | 1680:00 | HSAEE |
| | | | | 17:10 | AFLAD | 820:80 | AFLAD |
| | | | | 23:71 | EXPRE | 258:71 | EXPRE |

| PTO | GROSS | SOCIAL SECURITY | MEDICARE | FED W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1403:85 | 75:02 | 17:54 | 138:94 | 61:86 | :60 | 12/03/2015 | 422:58 |
| PTO RATE 52.00 | | | | | | | | |
| YTD | 67384:80 | 3655:52 | 854:80 | 6801:71 | 3026:09 | 28:80 | | |

---

## Paystub 2

**DWC MECHANICAL INC**

| DEPT. | EMP. NO. | EMPLOYEE NAME | | |
|---|---|---|---|---|
| 100 | 1016 | STEVEN J CHOTKOWSKI | M 00 M 00 | |

100 JOHN GLENN DRIVE  AMHERST  NY 14228-   891-0350

XXX-XX-8686  11/29/15  12/05/15   11

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 40:00 | | 1403:85 | REG SALARY | 128:24 | P-HLT | 5542:26 | P-HLT |
| | | | | 30:68 | P-DNT | 1361:88 | P-DNT |
| | | | | 400:00 | BANK1 | 19600:00 | BANK1 |
| | | | | 100:00 | BANK2 | 4900:00 | BANK2 |
| | | | | 35:00 | HSAEE | 1715:00 | HSAEE |
| | | | | 17:10 | AFLAD | 837:90 | AFLAD |
| | | | | | EXPRE | 258:71 | EXPRE |

| PTO | GROSS | SOCIAL SECURITY | MEDICARE | FED W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1403:85 | 75:02 | 17:54 | 138:94 | 61:86 | :60 | 12/10/2015 | 398:87 |
| PTO RATE 52.00 | | | | | | | | |
| YTD | 68788:65 | 3730:54 | 872:34 | 6940:65 | 3087:95 | 29:40 | | |

## DWC MECHANICAL INC
N01

100 JOHN GLENN DRIVE
AMHERST                NY 14228-

| DEPT. | EMP. NO. | EMPLOYEE NAME | | | | PAY PERIOD | |
|---|---|---|---|---|---|---|---|
| 100 | 1016 | STEVEN J CHOTKOWSKI | | M 00 M 00 | | XXX-XX-8686 | 11/08/15 11/14/15 |
| | | | | | | 11 | 891-0350 |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 40.00 | | 1403.85 | REG SALARY | 128.24 | P-HLT | 5157.54 | P-HLT |
| | | | | 30.68 | P-DNT | 1269.84 | P-DNT |
| | | | | 400.00 | BANK1 | 18400.00 | BANK1 |
| | | | | 100.00 | BANK2 | 4600.00 | BANK2 |
| | | | | 35.00 | HSAEE | 1610.00 | HSAEE |
| | | | | 17.10 | AFLAD | 786.60 | AFLAD |
| | | | | | | 215.00-EXPRE | |

| PTO BAL. | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| 68.00 | 1403.85 / 64577.10 | 75.02 / 3505.48 | 17.54 / 819.72 | 138.94 / 6523.83 | 61.86 / 2902.37 | .60 / 27.60 | 11/19/2015 | 398.87 |

---

## DWC MECHANICAL INC
N01

100 JOHN GLENN DRIVE
AMHERST                NY 14228-

| DEPT. | EMP. NO. | EMPLOYEE NAME | | | | PAY PERIOD | |
|---|---|---|---|---|---|---|---|
| 100 | 1016 | STEVEN J CHOTKOWSKI | | M 00 M 00 | | XXX-XX-8686 | 11/15/15 11/21/15 |
| | | | | | | 11 | 891-0350 |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 32.00 | | 1403.85 | REG SALARY | 128.24 | P-HLT | 5285.78 | P-HLT |
| 8.00 | | | PTO | 30.68 | P-DNT | 1300.52 | P-DNT |
| | | | | 400.00 | BANK1 | 18800.00 | BANK1 |
| | | | | 100.00 | BANK2 | 4700.00 | BANK2 |
| | | | | 35.00 | HSAEE | 1645.00 | HSAEE |
| | | | | 17.10 | AFLAD | 803.70 | AFLAD |
| | | | | 20.00-EXPRE | | 235.00-EXPRE | |

| PTO BAL. | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| 60.00 | 1403.85 / 65980.95 | 75.02 / 3580.50 | 17.54 / 837.26 | 138.94 / 6662.77 | 61.86 / 2964.23 | .60 / 28.20 | 11/25/2015 | 418.87 |

| DWC MECHANICAL INC | | | | | 100 JOHN GLENN DRIVE | | | 11 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| N01 | | | | | AMHERST | | NY 14228- | 891-0350 | |
| DEPT. | EMP. NO. | EMPLOYEE NAME | M 00 M 00 | | | | | PAY PERIOD | |
| 100 | 1016 | STEVEN J CHOTKOWSKI | | | | | XXX-XX-8686 | 11/01/15 11/07/15 | |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 32.00 | | 1403.85 | REG SALARY | 128.24 | P-HLT | 5029.30 | P-HLT |
| 8.00 | | | PTO | 30.68 | P-DNT | 1239.16 | P-DNT |
| | | | | 400.00 | BANK1 | 18000.00 | BANK1 |
| | | | | 100.00 | BANK2 | 4500.00 | BANK2 |
| | | | | 35.00 | HSAEE | 1575.00 | HSAEE |
| | | | | 17.10 | AFLAD | 769.50 | AFLAD |
| | | | | | | 215.00- | EXPRE |
| PTO BAL | 82.00 | | | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| THIS PAY | 1403.85 | 75.02 | 17.54 | 138.94 | 61.86 | .60 | | |
| YTD | 63173.25 | 3430.46 | 802.18 | 6384.89 | 2840.51 | 27.00 | 11/12/2015 | 398.87 |

---

| DWC MECHANICAL INC | | | | | 100 JOHN GLENN DRIVE | | | 11 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| N01 | | | | | AMHERST | | NY 14228- | 891-0350 | |
| DEPT. | EMP. NO. | EMPLOYEE NAME | M 00 M 00 | | | | | PAY PERIOD | |
| 100 | 1016 | STEVEN J CHOTKOWSKI | | | | | XXX-XX-8686 | 10/25/15 10/31/15 | |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 40.00 | | 1403.85 | REG SALARY | 128.24 | P-HLT | 4901.06 | P-HLT |
| | | | | 30.68 | P-DNT | 1208.48 | P-DNT |
| | | | | 400.00 | BANK1 | 17600.00 | BANK1 |
| | | | | 100.00 | BANK2 | 4400.00 | BANK2 |
| | | | | 35.00 | HSAEE | 1540.00 | HSAEE |
| | | | | 17.10 | AFLAD | 752.40 | AFLAD |
| | | | | 63.90- | EXPRE | 215.00- | EXPRE |
| PTO BAL | 90.00 | | | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| THIS PAY | 1403.85 | 75.02 | 17.54 | 138.94 | 61.86 | .60 | | |
| YTD | 61769.40 | 3355.44 | 784.64 | 6245.95 | 2778.65 | 26.40 | 11/05/2015 | 462.77 |